WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>AE OUTFITTERS RETAIL CO., a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01810-JAM-JDP<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

ORDER

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that the deadline to file dispositional documents currently scheduled for May 1, 2022, is hereby continued to June 1, 2022.

**IT IS SO ORDERED**

DATED: May 2, 2022        /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE