UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br><br>AE OUTFITTERS RETAIL CO., a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-01810-JAM-JDP<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

ORDER

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that the deadline to file dispositional documents currently scheduled for June 1, 2022 is hereby continued to July 1, 2022.

**IT IS SO ORDERED**

DATED: May 31, 2022      /s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE