| | |
|---|---|
| 1 | Thiago M. Coelho, SBN 324715 |
| | thiago@wilshirelawfirm.com |
| 2 | Carolin K. Shinning, SBN 201140 |
| 3 | cshining@wilshirelawfirm.com |
| | WILSHIRE LAW FIRM, PLC |
| 4 | 3055 Wilshire Blvd., 12th Floor |
| | Los Angeles, California 90010 |
| 5 | Telephone: (213) 381-9988 |
| | Facsimile: (213) 381-9989 |
| 6 | *Attorneys for Plaintiff and Proposed Class* |

MORGAN, LEWIS & BROCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 S. Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-01810-JAM-JDP |
| Plaintiff, | *Hon. Judge John A. Mendez* |
| v. | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); ORDER** |
| AE OUTFITTERS RETAIL CO., a Delaware Corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | Action Filed: September 30, 2021<br>Trial Date:    None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vivian Salazar and Defendant AE Outfitters Retail Co., stipulate and jointly request that this Court enter a dismissal of the claims in the above-captioned case in its entirety with prejudice as to Plaintiff and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: April 12, 2023          **WILSHIRE LAW FIRM, PLC**

                               */s/ Carolin K. Shinning*
                               Thiago M. Coelho, Esq.
                               Carolin K. Shinning, Esq.
                               *Attorneys for Plaintiff and*
                               *Proposed Class*

Dated: April 12, 2023          **MORGAN, LEWIS & BROCKIUS LLP**

                               */s/ Kathy H. Gao*
                               Kathy H. Gao, Esq.
                               *Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 12, 2023          **WILSHIRE LAW FIRM, PLC**

                               */s/ Carolin K. Shinning*
                               Carolin K. Shinning
                               *Attorneys for Plaintiff and*
                               *Proposed Class*

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

**ORDER**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Vivian Salazar and Defendant AE Outfitters Retail Co.'s joint request that this Court enter a dismissal of the claims in the above-captioned case in its entirety with prejudice as to Plaintiff and without prejudice as to the claims of absent putative class members, is **GRANTED** in full. Each party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 13, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE